UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
GREEN CHARTERING AS,                      :
d/b/a GREEN REEFERS,                      :
        Plaintiff,                        :
                                          :
v.                                        :   CIVIL ACTION
                                          :   NO. 04-10450 DPW
STEPHANSEN SEAFOODS AS,                   :   **IN ADMIRALTY**
        Defendant.                        :
------------------------------------------------------------x
                                          :
MARITIME TERMINAL, INC.,                  :
        Garnishee.                        :
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF
PROCESS UPON GARNISHEE**

Norman A. Peloquin, II, hereby states under the penalty of perjury pursuant to 28 USC §1746 that:

1. I am the attorney for plaintiff in the above-captioned action.

2. Pursuant to the <u>Order Appointing Special Process Server</u>, dated March 9, 2004, I caused Herve W. Vandal, Jr. of Vandal's Constable Service, 216 Rockland Street, New Bedford, Massachusetts 02740, a person who is not a party and who is at least 18 years of age, to proceed to the office of garnishee, Maritime Terminal, Inc., 276 MacArthur Drive, New Bedford, Massachusetts and serve, as special process server, true copies of Garnishee Summons; Order Authorizing the Issuance of Process of Maritime Attachment and Garnishment; Process of Maritime Attachment and Garnishment; and Order Directing Garnishee to Refrain from Disbursing Defendant's Goods, Chattels, Credits or Effects, in hand upon Ms. Carol Ferreira, Sales and Customer Service Representative on March 10, 2004 at 1:30 p.m.  A true copy of Mr. Vandal's Return of Service is attached hereto and marked as Exhibit A.

I certify under the penalty of perjury pursuant to 28 USC §1746 that the foregoing is true and correct on this 17th day of March, 2004.

_____
Norman A. Peloquin, II
(BBO No. 550872)

NORMAN A. PELOQUIN, II P.C.
Morad Building
460 County Street
New Bedford, MA 02740
Tel. 508.991.2300
Fax 508.991.8300

**EXHIBIT A**

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 04-10450 DPW

Plaintiff:
**GREEN CHARTERING AS, D/B/A GREEN REEFERS**
vs.
Defendant:
**STEPHANSEN SEAFOODS**

Received by Vandal's Constable Service on the 9th day of March, 2004 at 1:07 pm to be served on **MARITIME TERMINAL, INC., 276 MACARTHUR DRIVE, NEW BEDFORD, MA.**

I, Herve W. Vandal, Jr., do hereby affirm that on the **10th day of March, 2004 at 1:30 pm, I:**

Served the within named business by delivering a true copy of the **Order Authorizing The Issuance Of Process Of Maritime Attachment and Garnishment and Process Of Maritime Attachment and Garnishment and Order Directing Garnishee To Refrain From Disbursing Defendant's Goods, Chattels, Credits Or Effects** with the date and hour of service endorsed thereon by me to CAROL FERREIRA as SALES AND CUSTOMER SERVICE AND ALSO PERSON IN CHARGE AT TIME OF SERVICE of the within named business in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am in good standing, in the judicial circuit in which the process was served.

Herve W. Vandal, Jr.
Constable

**Vandal's Constable Service**
New Bedford Constable Service
216 Rockland Street
New Bedford, MA 02740
(508) 991-2053
Our Job Serial Number: 2004000738