UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
GREEN CHARTERING AS, :
d/b/a GREEN REEFERS, :
          Plaintiff, :
 :
v. : CIVIL ACTION
 : NO. 04-10450 DPW
 : **IN ADMIRALTY**
 :
STEPHANSEN SEAFOODS AS, :
          Defendant. :
------------------------------------------------------------x
 :
MARITIME TERMINAL, INC., :
          Garnishee. :
------------------------------------------------------------x

## GARNISHEE'S ANSWER

Pierre Bernier, hereby states under the penalty of perjury pursuant to 28 USC §1746 that:

Marine Terminal, Inc., summoned as garnishee of the defendant in the above captioned action, appears and answers that it has in its possession goods, to wit, 22,379 [+ 1,062 / TOTAL 23,441] pounds of palletized, frozen fish for the account of the defendant.

I certify under the penalty of perjury that the foregoing is true and correct on this 21 day of October, 2004.

Pierre Bernier
Maritime Terminal, Inc.
276 MacArthur Drive
New Bedford, MA 02740

```
MARITIME TERMINAL, INC                                                                              Page 1
Lot Balances for - GRCSSU -   STEPHANSEN SEAFOOD US
as of 12:01 a.m. 10.21.04     DBA SEAFOOD HAMMERFEST AS   , 47 JUNIPER ROAD
                              WAYNE, NJ  07470           .                                     Run Page 1
-----------------------------------------------------------------------------------------------------------
Lot #/ Whse     Units Pack Size   Product Code and Description      Gr-Unit-Wt  Gross tot Recu Date  Unit Cube
                                                                    Nt-Unit-Wt  Net Total

 M12575       01 GRCGEGE20017    -.8 KG M-680   1202
              ALL     104        H&G            H&G HADDOCK            0.00       5695  11.11.04
                                                                       0.00       5695
 M12577       01 GRCGEGE20017    -.8 KG M-79    2202
              ALL     156        H&G            H&G HADDOCK            0.00       8926  11.11.04
                                                                       0.00       8926
 M12578       01 GRCGEGE20017    -.8 KG M-79    3202
              ALL      52        H&G            H&G HADDOCK            0.00       2906  11.11.04
                                                                       0.00       2906
 M12958       01 GRCGCMAG01010   SF-56          -.8KG
              ALL      88        H&G            H&G HADDOCK            0.00       4852  10.29.04
                                                                       0.00       4852
                      --------                                                  --------
                         400  (base units)                                        22379               .0000 CF
                                                                                  22379
```

```
MARITIME TERMINAL, INC.                                                                              Page 1
Lot Balances for - STESEA -  STEPHANSEN SEAFOOD US
as of 12:01 a.m. 10.21.04   DBA SEAFOOD HAMMERFEST AS    , 47 JUNIPER RD
                            WAYNE, NJ                   , 07470                                   Run Page 2
-------------------------------------------------------------------------------------------------------------
Lot #/ Whse       Units Pack Size  Product Code and Description      Gr-Unit-Wt  Gross tot Recu Date  Unit Cube
                                                                     Nt-Unit-Wt  Net Total

M15331      01
           ALL      22             HADDOCK      HADDOCK                    0.00      1062  10.30.04
                                                                           0.00      1062
                  --------                                                          --------
                    22    (base units)                                                1062            .0000 CF
                                                                                      1062

End of report.
```