UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
GREEN CHARTERING AS,                  :
d/b/a GREEN REEFERS,                  :
                    Plaintiff,        :
                                      :
v.                                    :        CIVIL ACTION
                                      :        NO. 04-10450 DPW
                                      :        IN ADMIRALTY
STEPHANSEN SEAFOODS AS,               :
                    Defendant.        :
------------------------------------------------------------x
                                      :
MARITIME TERMINAL, INC.,              :
                    Garnishee.        :
------------------------------------------------------------x
```

**STATUS REPORT**

NOW COMES plaintiff, Green Chartering AS d/b/a Green Reefers, and by and through their attorney, hereby inform this Honorable Court of the following developments:

1.    As reported to this Honorable Court on September 9, 2004, the parties hereto agreed that defendant would abandon the attached cargo in satisfaction of plaintiff's freight lien.

2.    The undersigned prepared a settlement agreement and mutual release for execution by the parties whereby plaintiff requested that defendant acknowledge the fact that it would relinquish all right, title, claim, and possession of the attached cargo and assign, transfer and convey the said goods to plaintiff for the purpose of selling or otherwise disposing of same to cover and satisfy the outstanding freight lien.

3.    The proposed agreement was forwarded to defendant by plaintiff on or about September 16, 2004.  (Exhibit A).

4.    On September 27, 2004, plaintiff advised the undersigned that defendant, for reasons unknown, refused to execute the instrument.  (Exhibit B).

5.     In light of the foregoing, plaintiff is requesting the entry of default and default judgment against defendant and thereafter, plaintiff will seek condemnation and sale of the attached goods of defendant.

Dated: October 21, 2004

Respectfully submitted,
Green Chartering AS d/b/a Green Reefers
By its attorneys,

NORMAN A. PELOQUIN, II, PC


/s/ Norman A. Peloquin, II
Norman A. Peloquin II
(BBO Bar No. 550872)
NORMAN A. PELOQUIN, II, P.C.
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. (508) 991-2300
Fax (508) 991-8300

**Exhibit A**

## N. A. Peloquin

**From:**     "N. A. Peloquin" <npeloquin@earthlink.net>
**To:**       <R.Dimas@raetsinsurancegroup.com>
**Sent:**     Thursday, September 16, 2004 10:55 AM
**Attach:**   Settlement Agreement.pdf
**Subject:**  M/V GREEN SUMMER - Green Chartering AS v. Stephansen Seafoods

Your Ref.: 20032279/SP/RD

Dear Sirs:

Further to your correspondence of 9 September, we wish to confirm that Stephansen Seafoods AS has agreed to "abandon" its ownership to the cargo in question which is now in the possession of Maritime Terminal, Inc. In light of the foregoing development, Green Reefers may do one of two things: (1) the carrier may proceed with a judicial sale by agreement; or (2) the carrier may enter into a settlement agreement with the shipper, dismiss the instant action, and proceed to sell the inventory to a third party to satisfy its exisitng freight lien. The second option is, in our opinion, the most cost-effective method of resolving this dispute. We are therefore attaching a proposed settlement agreement for your review and comment.

Be advised that we have spoken with Mr. Pierre Bernier at Maritime Terminal, Inc. He informs the undersigned that Stephansen has accrued approximately USD $850.00 in storage costs to date for the inventory in question. Storage costs accrue monthly. Under Massachusetts law, the terminal has a warehouseman's (possessory) lien which must be satisfied before the goods will be allowed to leave the cold storage facility.

Please confer with Green Reefers. We await your further advices.

Regards,
N. A. Peloquin

NORMAN A. PELOQUIN, II P.C.
Morad Bldg., 460 County Street
New Bedford, MA 02740-5107
Tel. 508-991-2300
Fax 508-991-8300
E-mail:  peloquin@sealaw.net

ATTENTION - CONFIDENTIALITY NOTICE:  The information contained in this electronic transmission is protected by attorney-client and/or attorney work product privilege(s).  The information contained herein is confidential and exempt from disclosure under applicable law and is intended only for the use of the recipient named above.  Neither the attorney nor the client waive these privileges by virtue of this information having been sent by electronic means.  If you are not the named recipient, or an employee or agent authorized to deliver this information to the named recipient, please be advised that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this message in error, please notify the sender immediately by telephone at 508-991-2300.

## AGREEMENT TO COMPROMISE, RELEASE
## AND SETTLE UNPAID FREIGHT LIEN

This Agreement is made this ____ day of September, 2004 between Green Chartering A.S. d/b/a Green Reefers of Bergen, Norway (hereinafter referred to as "Green Reefers"), and Stephansen Seafood AS of Hammerfest, Norway (hereinafter referred to as "Stephansen") witnesseth:

WHEREAS, the said Green Reefers is asserting a claim as ocean carrier against the said Stephansen by reason of a certain shipment of frozen fish, all of which is now pending in the action styled Green Chartering AS, d/b/a Green Reefers v. Stephansen Seafood AS, et al., Civil Action No.: 04-10450 (DPW), United States District Court for the District of Massachusetts, Boston, Massachusetts; and

WHEREAS, Green Reefers is asserting a carrier's lien and claim against Stephansen for freight in the amount of USD $17,528.00, together with interest and costs, including attorneys' fees; and

WHEREAS, to secure its lien and claim, Green Reefers has obtained judicial attachment of approximately twenty-thousand pounds (20,000 lbs.) of palletized, frozen fish owned by Stephansen and now in the possession of Maritime Terminal, Inc. at its facility in New Bedford, Massachusetts (hereinafter referred to as "Inventory"); and

WHEREAS, the parties hereto desire to compromise, adjust and settle the said dispute upon the terms, conditions, and in the manner herein provided;

NOW, THEREFORE, in consideration of the premises and of the compromise of the said carrier's lien and claim, and the full and complete settlement of the matters recited herein, the parties hereto have agreed, and do hereby agree as follows:

1.      Stephansen, as sole owner of the said Inventory, does hereby voluntarily relinquish all right, title, claim, and possession of the said fish now in the possession of Maritime Terminal, Inc., with the intention of terminating its ownership interest therein, and Stephansen does hereby assign, transfer and convey the said Inventory to Green Reefers for the purpose of selling or otherwise disposing of same to cover and satisfy the carrier's outstanding freight lien in the amount of USD $17,528.00, together with interest and costs, including reasonable attorneys' fees, and Maritime Terminal's outstanding warehouseman's lien for storage in the approximate amount of USD $850.00;

2.      Stephansen does hereby voluntarily agree to indemnify Green Reefers and Maritime Terminal, Inc., and hold each of them harmless, from any claim that may be made against each of them for improper delivery of the said Inventory to Green Reefers pursuant to the terms of this Agreement, including all costs and attorneys' fees that may be incurred by each of them as a result of, arising out of, or in connection with the surrender of the said Inventory hereunder;

3.      The parties, their successors and assigns do hereby remise, release and forever discharge each of and from all causes of action, damages, liabilities, expenses and costs whatsoever arising in law, in equity or in admiralty by reason of the said shipment and transaction whether heretofore or hereafter accruing and whether now known or not known to the parties hereto, including, but without in any way limiting or restricting the scope or effect of the foregoing general language, for, upon, or by reason of any act, matter, transaction, cause of action, or claim whatsoever connected with, referred to or in any manner asserted or involved in

the aforesaid action.

3.      Upon receipt of an executed counterpart to this Agreement, and transfer of the said Inventory by Maritime Terminal, Inc. to the account of Green Reefers, the said carrier agrees to dismiss the aforesaid action with prejudice and without costs, and agrees to pay all unpaid court costs in said action, if any.

This Agreement may be executed in two or more counterparts.  Each such counterpart shall be deemed to be an original and all such counterparts shall together constitute one and the same instrument.  Counterparts may be exchanged by facsimile with original copies to be exchanged as soon as practicable thereafter.

IN WITNESS WHEREOF the parties hereto by and through their duly authorized representatives have signed this Agreement under seal effective on the date first written above.

Green Chartering AS d/b/a Green Reefers             Witness

_____            _____
Name/Title:                            Name:
Green Chartering AS
Ulsmågveien 7
NO-5224 Nesttun,
Postboks 94 Nesttun
NO-5852 Bergen
Norway

Stephansen Seafood AS                   Witness

_____            _____
Name/Title:                            Name:
Stephansen Seafood AS
Skippergt 2
P.O. Box 63
NO-9615 - Hammerfest
Norway

**Exhibit B**

## N. A. Peloquin

**From:** "R Dimas" <R.Dimas@raetsinsurancegroup.com>
**To:** <npeloquin@earthlink.net>
**Cc:** <operations@greenreefers.no>
**Sent:** Monday, September 27, 2004 9:40 AM
**Attach:** Stephansen Seafood - outstanding freight.eml
**Subject:** M/V "GREEN SUMMER" Green Chartering vs. Stephansen Seafood -outstanding

Dear Sir,

We make reference to previous correspondence exchanged in respect this matter, resting with your message dated 16-09-2004.

In this respect, please find attached client's reply for your information. We would thus appreciate if you could proceed accordingly.

We look forward to hearing from you upon further developments.

Best regards,

Ricardo Dimas
RAETS INSURANCE GROUP B.V.
K.P. van der Mandelelaan 64-70
3062 MB ROTTERDAM
The Netherlands
Tel: +31-10-2425007
E-mail: r.dimas@RaetsInsuranceGroup.com
Website: www.RaetsInsurancegroup.com

DISCLAIMER:
The information sent by or through our e-mail system, has been sent by Raets Insurance Group and his subsidiaries and is for the strict use of the addressee only. In case that the e-mail message is incomplete, the addressee is kindly requested to contact the sender of this message by e-mail or telephone. It is not permitted to publish, copy, circulate and/or provide any of this information without permission of Raets Insurance Group.
Raets Insurance Group does not accept any liability for any damages of whatever nature, which are the direct or indirect result of any actions and/or decisions, which are or may be based on the information sent by or through an e-mail message.

**N. A. Peloquin**

**From:**     <operations@greenreefers.no>
**To:**        <r.dimas@raetsinsurancegroup.com>
**Sent:**      Monday, September 27, 2004 9:11 AM
**Subject:**   Stephansen Seafood - outstanding

Attn:     R. Dimas

Re:       Stephansen Seafood - outstanding freight

Ref your mail 17/9 and Peloquin's suggestions.  We did pass on the agreement
proposal to Stephansen Seafood, but so far without any reply.  Believe they
do not intend to neither agree to the proposal nor sign it.  We therefore
request to proceed the sale as per Mr. Peloquin's message (1).
Kindly copy us in on all correspondence with the lawyer

Regards,

Roald H. Skippervik

Green Chartering AS, Operations dept.
Phone: (+47) 55 36 25 00, Fax: (+47) 55 36 25 51
E-MAIL: operations@greenreefers.no / http://www.greenreefers.no

- - - - - - - - - - - - - - - - NOTICE - - - - - - - - - - - - - - - - - -

IMO-REGULATION, ISPS code - SECURITY:

All visitors to GREEN REEFERS vessels in ports are kindly requested to
report to the Gangway Watchman for identification purposes.  Without
acceptable identification visitors/stevedores may be rejected to embark.