UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
GREEN CHARTERING AS,                          :
d/b/a GREEN REEFERS,                          :
                  Plaintiff,                  :
                                              :
v.                                            :    CIVIL ACTION
                                              :    NO. 04-10450 DPW
                                              :    IN ADMIRALTY
STEPHANSEN SEAFOODS AS,                       :
                  Defendant.                  :
-----------------------------------------------------------------x
                                              :
MARITIME TERMINAL, INC.,                      :
                  Garnishee.                  :
-----------------------------------------------------------------x
```

**APPLICATION FOR ENTRY OF DEFAULT**

TO THE CLERK OF THE ABOVE-NAMED COURT:

I, Norman A. Peloquin, II, attorney for plaintiff, Green Chartering AS, d/b/a Green Reefers, state that:

1. On March 10, 2004, pursuant to the provisions of the Supplemental Rules for Certain Admiralty and Maritime Claims Rule B(1) Attachment and Garnishment: Special Provisions of the Federal Rules for Civil Procedure, I caused notice of this action to be served upon property belonging to the defendant, Stephansen Seafoods, AS, to wit frozen palletized fish, within this District by a disinterested/third party upon the following garnishee Maritime Terminal, Inc., 276 MacArthur Drive, New Bedford, Massachusetts, 02740.

2. On March 16, 2004, pursuant to the provisions of the Supplemental Rules for Certain Admiralty and Maritime Claims Rule B(2)(b) Attachment and Garnishment: Special Provisions of the Federal Rules for Civil Procedure, I sent, via Federal Express with

confirmation of delivery, the defendant Stephansen Seafood AS the Summons, Verified Complaint, Order Authorizing the Issuance of Process of Maritime Attachment and Garnishment, Process of Maritime Attachment and Garnishment, and Order Directing Garnishee to Refrain from Disbursing or Delivering Defendant's Goods.  I received notification that the defendant Stephansen Seafoods AS received the Federal Express packet on March 22, 2004.

3. The time within which the above named defendant must serve an answer to the Verified Complaint, or otherwise plead or defend, or any extension thereof agreed to by the parties, has expired.

WHEREFORE, plaintiff, Green Chartering AS, d/b/a Green Reefers, respectfully makes application that the defendant, Stephansen Seafoods AS, be defaulted in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: October 21, 2004

Respectfully submitted,
Green Chartering AS d/b/a Green Reefers
By its attorneys,

NORMAN A. PELOQUIN, II, PC

/s/ Norman A. Peloquin, II
Norman A. Peloquin II
(BBO Bar No. 550872)
NORMAN A. PELOQUIN, II, P.C.
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. (508) 991-2300
Fax (508) 991-8300