UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREEN CHARTERING AS,
D/B/A GREEN REEFERS,
    Plaintiffs,

      v.                         CIVIL ACTION
                               NO.04-10450-DPW

STEPHANSON SEAFOODS, AS,
    Defendant.

## NOTICE OF DEFAULT

WOODLOCK, D.J.

    Upon application of the Plaintiff for an Order of Default for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant STEPHANSON SEAFOODS, AS, has been defaulted this date.

                                       BY THE COURT,

                                       /s/ Rebecca Greenberg
                                        Deputy Clerk

Dated: October 22, 2004