UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
GREEN CHARTERING AS,                          :
d/b/a GREEN REEFERS,                          :
               Plaintiff,        :
                                          :
                                          :       CIVIL ACTION
v.                                            :       NO. 04-10450 DPW
                                          :       **IN ADMIRALTY**
                                          :
STEPHANSEN SEAFOODS AS,                        :
               Defendant.        :
---------------------------------------------------------------x
                                          :
MARITIME TERMINAL, INC.,                       :
               Garnishee.        :
---------------------------------------------------------------x

### GARNISHEE'S ANSWER

Pierre Bernier, hereby states under the penalty of perjury pursuant to 28 USC §1746 that:

Marine Terminal, Inc., summoned as garnishee of the defendant in the above captioned action,

appears and answers that it has in its possession goods, to wit, _22,379_ __+ 1,062__ pounds of

palletized, frozen fish for the account of the defendant. ᴛᴏᴛᴀʟ 23,441

I certify under the penalty of perjury that the foregoing is true and correct on this _21_

day of October, 2004.

Pierre Bernier
Maritime Terminal, Inc.
276 MacArthur Drive
New Bedford, MA 02740

```
MARITIME TERMINAL, INC.                                                                    Rev.25                        Page 1
Lot Balances for - GRCSSU -   STEPHANSEN SEAFOOD US
as of 12:01 a.m. 10.21.04     DBA SEAFOOD HAMMERFEST AS      , 47 JUNIPER ROAD
                              WAYNE, NJ  07470               ,                          Run Page 1
-------------------------------------------------------------------------------------------------------------------------
Lot #/ Whse       Units Pack Size   Product Code and Description          Gr-Unit-Wt   Gross tot Recu Date   Unit Cube
                                                                          Nt-Unit-Wt   Net Total


 M12575       01 GRCGEGE20017     -.8 KG M-680     1202
             ALL    104              H&G              H&G HADDOCK          0.00         5695  11.11.04
                                                                          0.00         5695
 M12577       01 GRCGEGE20017     -.8 KG M-79      2202
             ALL    156              H&G              H&G HADDOCK          0.00         8926  11.11.04
                                                                          0.00         8926
 M12578       01 GRCGEGE20017     -.8 KG M-79      3202
             ALL     52              H&G              H&G HADDOCK          0.00         2906  11.11.04
                                                                          0.00         2906
 M12958       01 GRCGCMAG01010    SF-56            -.8KG
             ALL     88              H&G              H&G HADDOCK          0.00         4852  10.29.04
                                                                          0.00         4852
                     --------                                                          --------
                     400    (base units)                                               22379                 .0000 CF
                                                                                       22379
```

Lot Balances for - STESEA -  STEPHANSEN SEAFOOD US                                                          Page 1
as of 12:01 a.m. 10.21.04    DBA SEAFOOD HAMMERFEST AS      , 47 JUNIPER RD
                             WAYNE, NJ                      , 07470                              Run Page 2
----------------------------------------------------------------------------------------------------------------

| Lot #/ Whse | Units | Pack | Size | Product Code and Description | Gr-Unit-Wt Nt-Unit-Wt | Gross tot Net Total | Recu Date | Unit Cube |
|---|---|---|---|---|---|---|---|---|
| M15331 | 01 | | | | | | | |
| | ALL | 22 | | HADDOCK        HADDOCK | 0.00 0.00 | 1062 1062 | 10.30.04 | |
| | -------- | | | | | -------- | | |
| | 22 | (base units) | | | | 1062 1062 | | .0000 CF |

End of report.