UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
GREEN CHARTERING AS,                        :
d/b/a GREEN REEFERS,                        :
                    Plaintiff,              :
                                            :
v.                                          :    CIVIL ACTION
                                            :    NO. 04-10450 DPW
                                            :    IN ADMIRALTY
STEPHANSEN SEAFOODS AS,                     :
                    Defendant.              :
-----------------------------------------------------------------x
                                            :
MARITIME TERMINAL, INC.,                    :
                    Garnishee.              :
-----------------------------------------------------------------x
```

**APPLICATION FOR DEFAULT JUDGMENT**

TO THE CLERK OF THE ABOVE NAMED COURT:

NOW COMES plaintiff, Green Chartering AS d/b/a Green Reefers, and by its attorneys, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, hereby requests that default judgment enter against defendant, Stephansen Seafoods AS, in the amount of its liquidated damages, to wit: $23,492.10.

In support of this application, plaintiff states the following reasons:

1. Upon plaintiff's application, a default entered against defendant on October 22, 2004.

2. As shown in the accompanying Affidavit of Norman A. Peloquin, II, the undersigned counsel herein, which is attached hereto and marked as **"Exhibit A"**, the total amount of damages due to plaintiff from said defendant is $23,492.10, exclusive of pre-judgment interest.

3.      As shown in the accompanying Military Affidavit of Norman A. Peloquin, II, the undersigned counsel herein, which is attached hereto and marked as **"Exhibit B"**, said defendant is neither an infant nor incompetent person; nor is it in the military service of the United States or its Allies, as defined in the Soldiers and Sailors Relief Act of 1940, as amended.

WHEREFORE, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, plaintiff Green Chartering AS d/b/a Green Reefers, hereby makes application that default judgment enter against defendant, Stephansen Seafoods AS, in the amount of its liquidated damages, to wit: $23,492.10.

Dated: October 27, 2004

Respectfully submitted,
Green Chartering AS d/b/a Green Reefers
By its attorneys,

NORMAN A. PELOQUIN, II, PC

/s/ Norman A. Peloquin, II
Norman A. Peloquin II
(BBO Bar No. 550872)
NORMAN A. PELOQUIN, II, P.C.
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. (508) 991-2300
Fax (508) 991-8300

**Exhibit A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
GREEN CHARTERING AS,                        :
d/b/a GREEN REEFERS,                        :
                    Plaintiff,              :
                                            :
v.                                          :      CIVIL ACTION
                                            :      NO. 04-10450 DPW
                                            :      IN ADMIRALTY
STEPHANSEN SEAFOODS AS,                     :
                    Defendant.              :
-----------------------------------------------------------------x
                                            :
MARITIME TERMINAL, INC.,                    :
                    Garnishee.              :
-----------------------------------------------------------------x
```

**AFFIDAVIT IN SUPPORT OF
APPLICATION FOR DEFAULT JUDGMENT**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Norman A. Peloquin, II certifies under penalty of perjury pursuant to 28 USC §1746 as follows:

1. I am Norman A. Peloquin, II, attorney for plaintiff, Green Chartering d/b/a Green Reefers (hereinafter "Green Reefers").

2. I am a member of the bar of the Commonwealth of Massachusetts and this Honorable Court.

3. I have read the Application for Default Judgment herein and know the contents thereof, and the same are true to the best of my knowledge, information and belief. The source of my knowledge, and the basis for my beliefs, is the information contained in the business records of plaintiff.

4. At all times material hereto, Green Reefers was, and still is, a foreign corporation or other business entity with an office and place of business located at Ulsmågveien 7, P.O. Box 94, Nesttun, NO-5852 Bergen, Norway that is and was engaged in the business of common carriage of merchandise by water for hire, and that owns and still does own, operate and control the break-bulk carriers, M/V GREEN SUMMER, M/V MAGIC, and M/V GREEN TUNDRA.

5. From June 27, 2003 through November 13, 2003 defendant was the shipper and owner of certain shipments of palletized frozen fish for which bills of lading were issued by plaintiff, which shipments were carried aboard vessels owned or operated by plaintiff form the port of Aalesund, Norway to New Bedford, Massachusetts, and there delivered to plaintiff or its respective consignee, Maritime Terminal, Inc., garnishee herein, pursuant to the terms of the aforesaid contracts of carriage. Copies of the relevant correspondence, bills of lading, and freight invoices are attached as "**Exhibit A**" to the Verified Complaint, dated March 5, 2004.

6. Pursuant to the aforesaid contracts of carriage, defendant agreed to pay freight and related charges to plaintiff.

7. Pursuant to the aforesaid contracts of carriage, defendant agreed that plaintiff has "... a lien on the goods for any amount due under th[e] Contract and for the costs of recovering the same, and may enforce such lien in any reasonable manner, including sale or disposal of the goods."

8. Despite demands by plaintiff, defendant has not paid the said freight and related charges and there is now due and owing to plaintiff the total amount of $17,528.73, excluding pre-judgment interest and the reasonable costs of collection.

9. On or about February 20, 2004, plaintiff, by and through RaetsClub Marine Insurance B.V. of Rotterdam, The Netherlands, retained the undersigned to perform legal services on its behalf in connection the collection of the underlying debt.

10. At the time and place aforesaid, plaintiff agreed to pay the undersigned the reasonable value of the services to be rendered at the customary rate of $195.00 per hour, together with all reasonable and necessary disbursements incurred on its behalf.

11. The undersigned has duly performed all of the services so requested and other incidental services. The reasonable value of the services so rendered to date is $5,619.00, as is more particularly set forth in Invoice Nos. 04-219 and 04-232, true copies of which are attached hereto and marked as "**Appendix A**." The services charged therein have been actually and necessarily performed as therein stated with respect to the enforcement of plaintiff's rights under the aforesaid contracts of carriage and the prosecution of the action at hand.

12. The reasonable value of the disbursements so incurred to date is $344.37, as is more particularly set forth in Invoice No. 04-219, a true copy of which is attached hereto and marked as "**Appendix A**." The disbursements contained therein are true and correct and necessarily incurred in connection with the enforcement of plaintiff's rights under the aforesaid contracts of carriage and the prosecution of the action at bar.

13. Based upon the foregoing, the total amount of damages due plaintiff on the underlying debt as October 27, 2004, is $23,492.10, calculated as follows: (a) Underlying freight debt of $17,528.73; and (b) Legal fees and expenses of $5,963.37.

14. The reason that this affidavit is made by the undersigned counsel and not plaintiff is that plaintiff is a foreign corporation, no officer or director of which is now located within the District of Massachusetts.

I certify under the penalty of perjury that the foregoing is true and correct on this 27th day of October, 2004.

/s/ Norman A. Peloquin, II
Norman A. Peloquin II
(BBO Bar No. 550872)
NORMAN A. PELOQUIN, II, P.C.
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. (508) 991-2300
Fax (508) 991-8300

Attorney for
Green Chartering AS d/b/a Green Reefers

**Appendix A**

**Norman A. Peloquin, II, P.C.**

Morad Building
460 County Street
New Bedford, MA  02740-5107

7/23/2004

**Raets Club Marine Insurance B.V.**

Green Chartering AS - Stephansen Seafoods
K.P. v.d. Mandelaan 64-70
3062 MB
Rotterdam,
Netherlands

Invoice Number: 219
Invoice Period: 2/19/2004-7/23/2004

Re: Stephansen Seaffoods AS
Our Matter Number: 220.01

For Professional Services Rendered Through 7/23/2004

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/19/2004 | Norman A. Peloquin | Receipt and review of letter from R. Dimas at The Raets Club re:  new matter; opened file. | 0.50 | 97.50 |
| 2/20/2004 | Norman A. Peloquin | Drafted letter to R. Dimas; reviewed correspondence and shipping documents; telephone conversation with P. Bernier at Maritime Terminal. | 1.30 | 253.50 |
| 2/24/2004 | Norman A. Peloquin | Legal research re:  theories of recovery; dafted letter to P. Bernier re:  inventory. | 2.00 | 390.00 |
| 3/1/2004 | Norman A. Peloquin | Telephone conversation with P. Bernier; drafted preliminary evaluation to R. Dimas. | 1.50 | 292.50 |
| 3/4/2004 | Norman A. Peloquin | Receipt and review of letter from R. Dimas re:  instructions to proceed with Rule B action. | 0.10 | 19.50 |
| 3/4/2004 | Norman A. Peloquin | Drafted Verified Complaint and supporting in rem pleadings for attachment. | 3.00 | 585.00 |
| 3/5/2004 | Norman A. Peloquin | Travel to and from USDC (MA), Boston, MA; filed action; conference with clerk re:  availability of judge. | 3.20 | 624.00 |
| 3/8/2004 | Norman A. Peloquin | Telephone conference with clerk re:  pending motion; drafted letter to R. Dimas re:  same. | 0.30 | 58.50 |
| 3/8/2004 | Norman A. Peloquin | Telephone conference with clerk re:  motion allowance; drafted letter to garnishee re:  same; telephone conference with garnishee's office. | 0.40 | 78.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/10/2004 | Norman A. Peloquin | Receipt of in rem process; telephone conference with special process server; drafted letter to special process server forwarding same. | 0.50 | 97.50 |
| 3/16/2004 | Norman A. Peloquin | Drafted letter to R. Dimas re: contact information. | 0.10 | 19.50 |
| 3/16/2004 | Norman A. Peloquin | Receipt and review of letter from R. Dimas; drafted letter to Stephansen Seafoods forwarding pleadings and waiver request. | 0.60 | 117.00 |
| 3/17/2004 | Norman A. Peloquin | Receipt and review of letter from R. Dimas forwarding client's correspondence; telephone counsel with C. Lovell, bankruptcy counsel re: same. | 0.50 | 97.50 |
| 3/17/2004 | Norman A. Peloquin | Receipt and review of return of service; drafted affidavit of service; filed same with the court. | 0.40 | 78.00 |
| 3/17/2004 | Norman A. Peloquin | Drafted letter to special process server forwarding payment. | 0.10 | 19.50 |
| 3/24/2004 | Norman A. Peloquin | Receipt and review of letter from FedEx re: delivery receipt; diaried matter 90 days. | 0.10 | 19.50 |
| 6/28/2004 | Norman A. Peloquin | Reviewed file re: waiver receipt; legal research re: service of process under the Hague Rules; telephone conversations with various translation services. | 1.30 | 253.50 |
| 7/20/2004 | Norman A. Peloquin | Receipt and review of letter from R. Dimas. | 0.10 | 19.50 |
| 7/21/2004 | Norman A. Peloquin | Drafted letter to R. Dimas. | 0.10 | 19.50 |
| 7/21/2004 | Norman A. Peloquin | Telephone conference with P. Bernier re: garnishee's answer; drafted status report to R. Dimas. | 0.90 | 97.50 |
| 7/21/2004 | Matthew A. Lyons | Drafted motion for substitute service of process. | 1.00 | 165.00 |
| 7/22/2004 | Norman A. Peloquin | Telephone conversation with R. Dimas re: status update. | 0.10 | 19.50 |
| 7/23/2004 | Norman A. Peloquin | Revised status report. | 0.30 | 58.50 |
| | | | **Total Fees:** | 3,480.00 |

## Timekeeper Summary

| Timekeeper | Hours | Amount |
|---|---|---|
| Matthew A. Lyons | 1.00 | 165.00 |
| Norman A. Peloquin | 17.40 | 3,315.00 |
| | **Total:** | 3,480.00 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 2/24/2004 | Online research - Lexis Nexis re: theories of recovery. | 80.00 |

| Date | Description | Amount |
|---|---|---|
| 3/5/2004 | Court fees - Filing fee for USDC (MA). | 150.00 |
| 3/5/2004 | Local travel - Attorney parking at USDC (MA). | 7.00 |
| 3/16/2004 | Delivery services/messengers - FedEx to Stephansen Seafoods AS, Hammerfest, Norway | 48.37 |
| 3/17/2004 | Other professionals - service of process fee payable to Vandal's Constable Service, New Bedford, MA. | 59.00 |
| | **Total Disbursements:** | 344.37 |
| | **Invoice Total:** | 3,824.37 |

**Statement of Account**

**Matter : Stephansen Seafoods AS**

| | |
|---|---:|
| Balance from previous statement | 0.00 |
| Payments and Adjustments | 0.00 |
| Current Invoice | 3,824.37 |
| Unallocated Credit Balance for Matter Stephansen Seafoods AS | 0.00 |
| Current Balance for Matter Stephansen Seafoods AS | 3,824.37 |
| Total Balance Due for Green Chartering AS - Stephansen Seafoods | 3,824.37 |

**We appreciate your business**

**Raets Club Marine Insurance B.V.**

Green Chartering AS - Stephansen Seafoods

K.P. v.d. Mandelaan 64-70

3062 MB

Rotterdam,

Netherlands

7/23/2004

**Norman A. Peloquin, II, P.C.**

Morad Building

460 County Street

New Bedford, MA  02740-5107

Invoice Number: 219

Invoice Period: 2/19/2004-7/23/2004

**REMITTANCE COPY**

Re:  Stephansen Seafoods AS

Our Project Number:  220.01

| | |
|---|---:|
| **FEES:** | 3,480.00 |
| **DISBURSEMENTS:** | 344.37 |
| **TOTAL FOR THIS INVOICE :** | 3,824.37 |

**OUTSTANDING INVOICES**

| DATE | INVOICE NO. | AMOUNT | CREDITS | BALANCE DUE |
|---|---|---:|---:|---:|
| 7/23/2004 | 219 | 3,824.37 | 0.00 | 3,824.37 |
| | | **TOTAL  INVOICE DUE:** | | 3,824.37 |

**Norman A. Peloquin, II, P.C.**

Morad Building
460 County Street
New Bedford, MA  02740-5107

10/27/2004

**Raets Club Marine Insurance B.V.**

Green Chartering AS - Stephansen Seafoods
K.P. v.d. Mandelaan 64-70
3062 MB
Rotterdam,
Netherlands

Invoice Number: 232
Invoice Period: 7/24/2004-10/27/2004

Re: Green Chartering AS, d/b/a Green Reefers v. Stephansen Seafoods AS
Our Matter Number: 220.01

For Professional Services Rendered Through 10/27/2004

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/27/2004 | Matthew A. Lyons | Due diligence/online research and telephone conversations with various vendors re: translation services/service of process abroad under the Hague Convention. | 1.50 | 217.50 |
| 7/27/2004 | Norman A. Peloquin | Receipt of letter from R. Dimas re: bank details. | 0.10 | 19.50 |
| 7/29/2004 | Norman A. Peloquin | Drafted letter to R. Dimas forwarding bank information. | 0.10 | 19.50 |
| 8/10/2004 | Norman A. Peloquin | Receipt of letter from R. Greenberg, Deputy Clerk, re: status of case. | 0.10 | 19.50 |
| 8/11/2004 | Norman A. Peloquin | Telephone conference with R. Greenberg, Judge Woodlock's Clerk re: status and prosecution; diaried same. | 0.10 | 19.50 |
| 8/12/2004 | Norman A. Peloquin | Drafted letter to R. Dimas re: client advices. | 0.10 | 19.50 |
| 8/24/2004 | Norman A. Peloquin | Receipt of letter from R. Dimas re: client's correspondence. | 0.10 | 19.50 |
| 9/8/2004 | Norman A. Peloquin | Receipt of letter from R. Dimas re: settlement; reviewed court docket; drafted reply to client. | 0.40 | 78.00 |
| 9/9/2004 | Norman A. Peloquin | Drafted letter to R. Greenberg re: apparent settlement. | 0.10 | 19.50 |
| 9/9/2004 | Matthew A. Lyons | Drafted settlement agreement and release. | 1.00 | 145.00 |
| 9/9/2004 | Norman A. Peloquin | Receipt of letter from R. Greenberg. | 0.10 | 19.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/14/2004 | Norman A. Peloquin | Receipt of letter from R. Dimas. | 0.10 | 19.50 |
| 9/16/2004 | Norman A. Peloquin | Receipt and review of proposed settlement agreement; revised same; drafted letter to R. Dimas re: proposed course of action. | 0.80 | 156.00 |
| 9/28/2004 | Norman A. Peloquin | Receipt of letter from R. Dimas re: defendant's refusal to execute settlement agreement; drafted reply. | 0.10 | 19.50 |
| 10/5/2004 | Matthew A. Lyons | File review; legal research re: quasi in rem jurisdiction and default judgment in Rule B action; conference with NAP re: same. | 2.50 | 362.50 |
| 10/5/2004 | Norman A. Peloquin | Receipt of court order re: status report; diaried same. | 0.10 | 19.50 |
| 10/15/2004 | Norman A. Peloquin | Receipt of letter from R. Dimas. | 0.10 | 19.50 |
| 10/18/2004 | Matthew A. Lyons | Drafted default application and garnishee's answer. | 1.40 | 203.00 |
| 10/21/2004 | Matthew A. Lyons | Telephone conversation with garnishee; travel to and from garnishee's warehouse; receipt and review of garnishee's account summary; conference with P. Bernier re: execution of garnishee's answer; drafting status report for filing with court; electronic filing of garnishee's answer, status report, and application for entry of default. | 2.30 | 333.50 |
| 10/21/2004 | Norman A. Peloquin | Drafted letter to R. Dimas re: default. | 0.10 | 19.50 |
| 10/22/2004 | Norman A. Peloquin | Receipt and review of filing confirmations and court order re: entry of default. | 0.10 | 19.50 |
| 10/25/2004 | Norman A. Peloquin | Drafted letter to R. Dimas re: entry of default. | 0.10 | 19.50 |
| 10/27/2004 | Norman A. Peloquin | Drafted default judgment application and supporting affidavits; filed same with court; drafted letter to R. Dimas re: same. | 1.80 | 351.00 |
| | | **Total Fees:** | | 2,139.00 |

## Timekeeper Summary

| Timekeeper | Hours | Amount |
|---|---|---|
| Matthew A. Lyons | 8.70 | 1,261.50 |
| Norman A. Peloquin | 4.50 | 877.50 |
| **Total:** | | 2,139.00 |

**Invoice Total:** 2,139.00

**Statement of Account**

**Matter : Stephansen Seafoods AS**

| | |
|---|---:|
| Balance from previous statement | 3,824.37 |
| Payments and Adjustments | 0.00 |
| Current Invoice | 2,139.00 |
| Unallocated Credit Balance for Matter Stephansen Seafoods AS | 0.00 |
| Current Balance for Matter Stephansen Seafoods AS | 5,963.37 |
| Total Balance Due for Green Chartering AS - Stephansen Seafoods | 5,963.37 |

**We appreciate your business**

**Raets Club Marine Insurance B.V.**

Green Chartering AS - Stephansen Seafoods

K.P. v.d. Mandelaan 64-70

3062 MB

Rotterdam,

Netherlands

10/27/2004

**Norman A. Peloquin, II, P.C.**

Morad Building

460 County Street

New Bedford, MA  02740-5107

Invoice Number: 232

Invoice Period: 7/24/2004-10/27/2004

---

**REMITTANCE COPY**

Re:  Green Chartering AS, d/b/a Green Reefers v. Steph

Our Project Number:  220.01

| | |
|---|---:|
| **FEES:** | 2,139.00 |
| **DISBURSEMENTS:** | 0.00 |
| **TOTAL FOR THIS INVOICE :** | 2,139.00 |

**OUTSTANDING INVOICES**

| DATE | INVOICE NO. | AMOUNT | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 7/23/2004 | 219 | 3,824.37 | 0.00 | 3,824.37 |
| 10/27/2004 | 232 | 2,139.00 | 0.00 | 2,139.00 |
| | | **TOTAL  INVOICE DUE:** | | 5,963.37 |

**Exhibit B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
GREEN CHARTERING AS,                                              :
d/b/a GREEN REFERS,                                               :
                                Plaintiff,                        :
                                                                  :
v.                                                                :        CIVIL ACTION
                                                                  :        NO. 04-10450 DPW
                                                                  :        IN ADMIRALTY
STEPHANSEN SEAFOODS AS,                                           :
                                Defendant.                        :
-----------------------------------------------------------------x
                                                                  :
MARITIME TERMINAL, INC.,                                          :
                                Garnishee.                        :
-----------------------------------------------------------------x
```

**MILITARY AFFIDAVIT**

TO THE CLERK OF THE ABOVE-NAMED COURT:

I, Norman A. Peloquin, II, attorney for plaintiff, Green Chartering AS, d/b/a Green Reefers, state upon my own knowledge, information and belief, that defendant, Stephansen Seafoods AS, is not in the military service of the United States or its Allies, as defined in Article I of the Soldiers and Sailors Relief Act of 1940, as amended, nor is he an infant or an incompetent person.

I certify under the penalty of perjury pursuant to 28 USC §1746 that the foregoing is true and correct on this 27th day of October, 2004.

/s/ Norman A. Peloquin, II
Norman A. Peloquin II
(BBO Bar No. 550872)
NORMAN A. PELOQUIN, II, P.C.
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. (508) 991-2300
Fax (508) 991-8300