UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
GREEN CHARTERING AS,                    :
d/b/a GREEN REEFERS,                    :
                Plaintiff,              :
                                        :
v.                                      :    CIVIL ACTION
                                        :    NO. 04-10450 DPW
                                        :    IN ADMIRALTY
STEPHANSEN SEAFOODS AS,                 :
                Defendant.              :
------------------------------------------------------------x
                                        :
MARITIME TERMINAL, INC.,                :
                Garnishee.              :
------------------------------------------------------------x
```

**DEFAULT JUDGMENT**

WOODLOCK, D.J.

Defendant, Stephansen Seafoods AS, having failed to plead or otherwise defend in this action and its default having been entered;

Now, upon application of plaintiff, Green Chartering AS d/b/a Green Reefers, and affidavits demonstrating that defendant owes plaintiff the sum of $23,492.10; that defendant is neither an infant nor incompetent person; nor is it in the military service of the United States or its Allies, as defined in the Soldiers and Sailors Relief Act of 1940, as amended; and that plaintiff has incurred costs in the sum of $0.00.

It is hereby ORDERED, ADJUDGED and DECREED that plaintiff, Green Chartering AS d/b/a Green Reefers, recover from defendant, Stephansen Seafoods AS, damages in the principal amount of $23,492.10, with costs in the amount of $0.00, and pre-judgment interest at the rate of 3%

per annum from November 13, 2003 to February, 2005 in the amount of $901.71, for a total judgment of $24,393.81 with post-judgment interest as provided by law.

Dated at Boston, Massachusetts this 10th day of March, 2005.

SARAH THORNTON,
CLERK OF THE COURT


By:    /s/  Michelle Rynne
       Deputy Clerk

**NOTE:  The post-judgment interest rate effective the date hereof is 3.20 % per annum.**