UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
GREEN CHARTERING AS,                           :
d/b/a GREEN REEFERS,                           :
                        Plaintiff,             :
                                               :
v.                                             :    CIVIL ACTION
                                               :    NO. 04-10450 DPW
                                               :    IN ADMIRALTY
STEPHANSEN SEAFOODS AS,                        :
                        Defendant.             :
-----------------------------------------------------------------x
                                               :
MARITIME TERMINAL, INC.,                       :
                        Garnishee.             :
-----------------------------------------------------------------x
```

**MOTION TO CHARGE TRUSTEE
AND ISSUE TRUSTEE EXECUTION**

NOW COMES plaintiff, Green Chartering AS d/b/a Green Reefers, and by its attorneys, pursuant to Rule B of the Supplemental Rules for Certain Maritime and Admiralty Claims of the Federal Rules of Civil Procedure and Rule 64 of the Federal Rules of Civil Procedure, hereby requests that garnishee, Maritime Terminal, Inc., be charged upon its Answer, dated October 21, 2004, admitting that goods of defendant, Stephansen Seafoods AS, are being held, and further, that a trustee execution issue.

In support of this motion, plaintiff states the following reasons:

1. Default Judgment entered against defendant in favor of plaintiff on March 10, 2005, in the amount of $24,393.81, as appears of record; and

2. Plaintiff says, upon information and belief, that the value of said goods is $18,752.80, less garnishee's warehouseman's lien for storage under M.G.L. c. 106 §7-209, based upon a third-party buyer's fixed offer of $0.80 per pound.

WHEREFORE, plaintiff, Green Chartering AS d/b/a Green Reefers, hereby requests that this Honorable Court charge garnishee, Maritime Terminal, Inc., upon its Answer filed, and approve the issuance of the Trustee Execution submitted herewith in the amount of the Default Judgment.

Dated: July 5, 2005

Respectfully submitted,

GREEN CHARTERING AS,
d/b/a GREEN REEFERS,
By its attorneys,

NORMAN A. PELOQUIN, II P.C.

/s/ Norman A. Peloquin, II
Norman A. Peloquin, II
(BBO No. 550872)
Morad Building
460 County Street
New Bedford, MA 02740
Tel. 508.991.2300
Fax 508.991.8300

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------------x
GREEN CHARTERING AS,                    :
d/b/a GREEN REEFERS,                    :
                    Plaintiff,          :
                                        :
v.                                      :   CIVIL ACTION
                                        :   NO. 04-10450 DPW
                                        :   IN ADMIRALTY
STEPHANSEN SEAFOODS AS,                 :
                    Defendant.          :
---------------------------------------------------------------x
                                        :
MARITIME TERMINAL, INC.,                :
                    Garnishee.          :
---------------------------------------------------------------x
```

**ORDER CHARGING TRUSTEE AND
AUTHORIZING THE ISSUANCE OF TRUSTEE EXECUTION**

This Court, having reviewed the Motion to Charge Trustee and Issue Trustee Execution, dated July 1, 2005, filed by plaintiff, Green Chartering AS d/b/a Green Reefers, in the above-captioned action, has determined that the conditions exist (i) to charge garnishee, Maritime Terminal, Inc., as trustee; and (ii) to issue a trustee execution.

Accordingly, it is hereby,

ORDERED, that garnishee, Maritime Terminal, Inc., be charged upon its Answer, dated October 21, 2004, admitting that goods of defendant, Stephansen Seafoods AS, are being held, to wit, 23,441 pounds of palletized, frozen fish with a value of USD $18,752.80; and it is further

ORDERED, that the Clerk of Court shall issue forthwith process of Trustee Execution in the form annexed hereto.

Dated at Boston, Massachusetts this ___ day of July, 2005.

                                                         _____
                                                         Douglas P. Woodlock
                                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**TRUSTEE EXECUTION**                    CIVIL ACTION NO. 04-cv-10450-DPW

TO:   THE MARSHAL OF THE UNITED STATES OF AMERICA
      FOR THE DISTRICT OF MASSACHUSETTS OR ANY OF HIS DEPUTIES,
      OR TO ANY OTHER AUTHORIZED SPECIAL PROCESS SERVER:

WHEREAS, on March 5, 2004, plaintiff, GREEN CHARTERING AS, d/b/a GREEN REEFERS, filed the Verified Complaint against defendant, STEPHANSEN SEAFOODS AS, in the United States District Court for the District of Massachusetts, Civil Action No. 04-cv-10450 (DPW), for the sum of USD $17,528.73, for accrued freight and related charges in connection with certain contracts of carriage, and requesting process of maritime attachment and garnishment against defendant and its property, and

WHEREAS plaintiff ("Judgment Creditor") has recovered judgment against defendant ("Judgment Debtor") on the 10th day of March, 2005, for the sum of USD $23,492.10, debt or damage, pre-judgment interest in the amount of USD $901.71, and costs of this suit in the amount of USD $0.00; and

WHEREAS, execution was likewise awarded for the same sum against the goods, effects, and credits of the Judgment Debtor in the hands and possession of garnishee, Maritime Terminal, Inc. of New Bedford, Massachusetts, trustee of the Judgment Debtor ("Trustee"), as to us appears of record, whereof this Trustee Execution remains to be done,

WE COMMAND YOU, THEREFORE, that of the goods and chattels or lands of the said Judgment Debtor, in its own hands and possession, and of the goods and chattels or lands of the said Judgment Debtor, in the hands and possession of the Trustee, jointly and severally, you cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $24,393.81, in the whole, with interest thereon at the rate of 3.20% per annum from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this writ with your doings thereon into the Office of the Clerk of our said District Court, at Boston, Massachusetts, within twenty (20) years after the date of said judgment, or within ten (10) days after this writ has been satisfied or discharged.

Dated this ___ day of July, 2005.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

   SEAL

                                    By: _____
                                        Deputy Clerk