UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
GREEN CHARTERING AS,                         :
d/b/a GREEN REEFERS,                         :
                    Plaintiff,               :
                                             :
v.                                           :    CIVIL ACTION NO.
                                             :    IN ADMIRALTY
STEPHANSEN SEAFOODS AS,                      :
                    Defendant.               :
-----------------------------------------------------------------x
                                             :    MOTION FOR
                                             :    APPOINTMENT OF
MARITIME TERMINAL, INC.,                     :    SPECIAL PROCESS SERVER
                    Garnishee.               :
-----------------------------------------------------------------x
```

NOW COMES plaintiff, GREEN CHARTERING AS, d/b/a GREEN REEFERS, by and through its attorney, and pursuant to the provisions of Rule 4(c)(2) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court *ex parte* for an order appointing Constable George H. Grew of 223 Hathaway Road, New Bedford, Massachusetts, or any other person who is not a party and who is at least 18 years of age, to effect service of the Trustee Execution upon garnishee, Maritime Terminal, Inc., in this action.

WHEREFORE, plaintiff respectfully requests that the relief prayed for herein be granted.

Dated: July 5, 2005

Respectfully submitted,
GREEN CHARTERING AS,
d/b/a GREEN REEFERS,
By its attorneys,

NORMAN A. PELOQUIN, II P.C.

/s/ Norman A. Peloquin, II
Norman A. Peloquin, II
(BBO No. 550872)
Morad Building
460 County Street
New Bedford, MA 02740
Tel. 508.991.2300
Fax 508.991.8300

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------------x
GREEN CHARTERING AS,                        :
d/b/a GREEN REEFERS,                        :
                        Plaintiff,          :
                                            :
v.                                          :   CIVIL ACTION
                                            :   NO. 04-cv-10450 (DPW)
STEPHANSEN SEAFOODS AS,                     :   IN ADMIRALTY
                        Defendant.          :
----------------------------------------------------------------x
                                            :
MARITIME TERMINAL, INC.,                    :
                        Garnishee.          :
----------------------------------------------------------------x
```

**ORDER APPOINTING SPECIAL PROCESS SERVER**

This Court, having reviewed the Motion for Appointment of Special Process Server, dated July 5, 2005, filed by plaintiff in the above-captioned action, has determined that the conditions for special process exist pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure..

Accordingly, it is hereby,

ORDERED, that pursuant to the provisions of Rule 4(c)(2) of the Federal Rules of Civil Procedure, Constable George H. Grew of 223 Hathaway Road, New Bedford, Massachusetts, or any other person who is not a party and who is at least 18 years of age, is hereby appointed to effect service of the Trustee Execution upon garnishee, Maritime Terminal, Inc., in this action.

Dated at Boston, Massachusetts this ___ day of July, 2005.

_____
Douglas P. Woodlock
United States District Judge