UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
GREEN CHARTERING AS,                            :
d/b/a GREEN REEFERS,                            :
        Plaintiff,                              :
                                                :
v.                                              :   CIVIL ACTION
                                                :   NO. 04-10450 DPW
                                                :   **IN ADMIRALTY**
STEPHANSEN SEAFOODS AS,                         :
        Defendant.                              :
---------------------------------------------------------------x
                                                :
MARITIME TERMINAL, INC.,                        :
        Garnishee.                              :
---------------------------------------------------------------x

**ORDER CHARGING TRUSTEE AND
AUTHORIZING THE ISSUANCE OF TRUSTEE EXECUTION**

This Court, having reviewed the Motion to Charge Trustee and Issue Trustee Execution, dated July 1, 2005, filed by plaintiff, Green Chartering AS d/b/a Green Reefers, in the above-captioned action, has determined that the conditions exist (i) to charge garnishee, Maritime Terminal, Inc., as trustee; and (ii) to issue a trustee execution.

Accordingly, it is hereby,

ORDERED, that garnishee, Maritime Terminal, Inc., be charged upon its Answer, dated October 21, 2004, admitting that goods of defendant, Stephansen Seafoods AS, are being held, to wit, 23,441 pounds of palletized, frozen fish with a value of USD $18,752.80; and it is further

ORDERED, that the Clerk of Court shall issue forthwith process of Trustee Execution in the form annexed hereto.

Dated at Boston, Massachusetts this 22d day of July, 2005.

                                                                      /s/ Douglas P. Woodlock
                                                                      Douglas P. Woodlock
                                                                       United States District Judge