UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
GREEN CHARTERING AS,                           :
d/b/a GREEN REEFERS,                           :
              Plaintiff,          :
                                           :
v.                                             :    CIVIL ACTION
                                           :    NO. 04-cv-10450 (DPW)
STEPHANSEN SEAFOODS AS,                        :    **IN ADMIRALTY**
              Defendant.          :
------------------------------------------------------------x
                                           :
MARITIME TERMINAL, INC.,                       :
              Garnishee.          :
------------------------------------------------------------x

**ORDER APPOINTING SPECIAL PROCESS SERVER**

     This Court, having reviewed the Motion for Appointment of Special Process Server, dated July 5, 2005, filed by plaintiff in the above-captioned action, has determined that the conditions for special process exist pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure..

     Accordingly, it is hereby,

     ORDERED, that pursuant to the provisions of Rule 4(c)(2) of the Federal Rules of Civil Procedure, Constable George H. Grew of 223 Hathaway Road, New Bedford, Massachusetts, or any other person who is not a party and who is at least 18 years of age, is hereby appointed to effect service of the Trustee Execution upon garnishee, Maritime Terminal, Inc., in this action.

     Dated at Boston, Massachusetts this 22d day of July, 2005.

                                                           /s/ Douglas P. Woodlock
                                                       Douglas P. Woodlock
                                                       United States District Judge